IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01755-BNB

DARRICK ALEXANDER,

    Plaintiff,

v.

EXECUTIVE DIRECTOR OF COLORADO DEPT. OF CORRECTIONS,
WARDEN OF STERLING CORRECTIONAL FACILITY,
ASS. WARDEN OF STERLING CORRECTIONAL FACILITY,
JANE & JOHN DOE ADMINISTRATIVE HEADS, S.C.F.,
C. SOARES, Administrative Head, S.C.F.,
LT. PRESTON TEN EYCK, S.C.F.,
CHAIRPERSON ALLEN HARMS, S.C.F.,
INITIATING D.O.C. EMPLOYEE JIMERSON, S.C.F.,
CM I RANDY NORRIS, S.C.F.,
CM III WESLEY WILSON, S.C.F.,
DAN CRANSFIELD & LAW LIBRARY STAFF, S.C.F.,
CM DARREL SNYDER, S.C.F.,
MAJOR REVORD & JANE & JOHN DOE, S.C.F. Kitchen,
LT. BYCKOWSKI, S.C.F.,
SGT. BELCHER, S.C.F.,
SGT. ARFSTEN, S.C.F.,
CDOC STEP 3 GRIEVANCE OFFICER ANTHONY A. DeCESARO,
SGT. JONES, S.C.F.,
CO HUX, S.C.F.,
CO HUFF, S.C.F.,
CO JANE & JOHN DOE, S.C.F. Mailroom & Staff,
CO BAXTON, S.C.F.,
CO ASH, S.C.F.,
CO DAVIDSON, S.C.F.,
CO ANDRIELLO, S.C.F.,
CO BRIGGS, S.C.F., and
JANE & JOHN DOE CORRECTIONAL OFFICERS, S.C.F. & CDOC,

    Defendants.

ORDER

This matter is before the court on the letter (ECF No. 5) submitted by Plaintiff, Darrick Alexander.  Mr. Alexander is a prisoner in the custody of the Colorado Department of Corrections at the Buena Vista Correctional Facility in Buena Vista, Colorado.  On July 11, 2012, Mr. Alexander was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action.  Pursuant to § 1915(b)(1) and (2), Mr. Alexander was ordered to pay the entire $350.00 filing fee in monthly installments and he was ordered to pay an initial partial filing fee within thirty days.  In the letter filed on August 10, Mr. Alexander seeks an extension of time to pay the initial partial filing fee and he asks if the filing fee payments can be waived.

Mr. Alexander's request to waive the filing fee payments will be denied because a prisoner allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 "shall be required to pay the full amount of a filing fee."  28 U.S.C. § 1915(b)(1).  The request for an extension of time to pay the initial partial filing fee will be granted.

Finally, Mr. Alexander is advised that any request for a court order must comply with Rule 7 of the Federal Rules of Civil Procedure.  Pursuant to Rule 7(b)(1), "[a] request for a court order must be made by motion."  Furthermore, "[t]he rules governing captions and other matters of form in pleadings apply to motions and other papers."  Fed. R. Civ. P. 7(b)(2).  The court will not consider any requests for court orders Mr. Alexander may make in the future that do not comply with Rule 7.  Accordingly, it is

ORDERED that Mr. Alexander's request to waive the filing fee payments for this action is DENIED.  It is

FURTHER ORDERED that Mr. Alexander shall have up to and including **September 10, 2012**, either to pay the initial partial filing fee or to show cause as

directed why he is unable to pay the initial partial filing fee.  It is

FURTHER ORDERED that if Mr. Alexander fails either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee within the time allowed, the action will be dismissed without further notice.  It is

FURTHER ORDERED that, in the future, all requests for a court order shall comply with Rule 7 of the Federal Rules of Civil Procedure.

DATED August 10, 2012, at Denver, Colorado.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge